# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In re:**                                               Chapter 13

Vickie Bernice Thomas                                    Case No. 15-52006

                                                         Judge: Oxholm

_____Debtor(s)._____/

## STIPULATION RESOLVING TRUSTEE'S MOTION TO DISMISS

**NOW COMES** the Debtor Vickie Bernice Thomas, by and through counsel, Moran Law, and the Chapter 13 Trustee, Tammy Terry, and pursuant to the stipulation to resolve Debtor's Plan Modification as follows pursuant to the Order attached as Exhibit 1.

Stipulated and Approved for entry:

| | |
|---|---|
| /S/TAMMY L. TERRY | /s/ Ryan B. Moran |
| /S/Tammy L. Terry (P46254) | /S/Ryan B. Moran (P70753) |
| Attorney and Standing Chapter 13 Trustee | Moran Law |
| /S/Kimberly Shorter-Siebert (P49608) | Attorney for Debtor |
| /S/Marilyn R. Somers-Kantzer (P52488) | 25600 Woodward Ave. |
| 535 Griswold Street Suite 2100 | Suite 201 |
| Detroit, MI 48226 | Royal Oak, MI 48067 |
| 313-967-9857 | 248-246-6536 |
| | rmoran@moranlaw.com |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In re:**  Chapter 13

Vickie Bernice Thomas  Case No. 15-52006

Judge: Oxholm

_____Debtor(s)._____/

# ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter having come on for hearing on May 11, 2020, regarding Trustee's Motion to Dismiss, the parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, now therefore;

**IT IS HEREBY FURTHER ORDERED** In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee may file with the Court a notice of default, served upon Debtor(s) and Debtor(s)' Counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulation and subsequently entered Order, then the Trustee or may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings may be thereafter dismissed without a further hearing or notice.

EXHIBIT 1